**Bert Bryant BEDELL, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27624.**

Court of Criminal Appeals of Texas.

May 25, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

DICE, Commissioner.

The conviction is for unlawfully driving a motor vehicle upon a public highway while intoxicated; the punishment, confinement in the county jail for 75 days and a fine of $125.

There appears in this record neither a recognizance nor an appeal bond. In the absence of a sufficient appeal bond or recognizance or a showing that appellant is in jail, this court is without jurisdiction of a misdemeanor appeal. Alexander v. State, Tex.Cr.App., 272 S.W.2d 100, and cases there cited.

The appeal is dismissed.

Opinion approved by the Court.

**B. D. DANIELS, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27649.**

Court of Criminal Appeals of Texas.

May 25, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is robbery; the punishment, 15 years.

Accompanying the record is an affidavit in proper form executed by the appellant requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.